UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

YARA M. HABEEB, et al.,

      Plaintiffs,                                        Case No. 24-cv-11180
                                                                Hon. Matthew F. Leitman

v.

U.S. SECRETARY OF STATE,
ANTHONY BLINKEN, et al.,

      Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                         s/Matthew F. Leitman
                                                         MATTHEW F. LEITMAN
                                                        UNITED STATES DISTRICT JUDGE

Dated: October 11, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 11, 2024, by electronic means and/or ordinary mail.

                                                         s/Holly A. Ryan
                                                       Case Manager
                                                       (313) 234-5126